**Warren H. WHEELER, a Minor, by J. H. Wheeler, his father and next friend, et al., and C. C. Spaulding, III, a Minor, by C. C. Spaulding, Jr., his father and next friend, et al., Appellees,**

v.

**DURHAM CITY BOARD OF EDUCATION, a body politic in Durham County, North Carolina, Appellant,**

No. 9184.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 20, 1964.

Decided Jan. 27, 1964.

Marshall T. Spears and Jerry L. Jarvis, Durham, N. C. (Spears, Spears & Barnes, and Watkins & Jarvis, Durham, N. C., on brief), for appellant.

James M. Nabrit, III, New York City (Jack Greenberg, Derrick A. Bell, New York City, Conrad O. Pearson, M. Hugh Thompson, William A. Marsh, Jr., J. H. Wheeler and F. B. McKissick, Durham, N.C., on brief), for appellees.

Before SOBELOFF, Chief Judge, and HAYNSWORTH, BOREMAN, BRYAN and J. SPENCER BELL, Circuit Judges, sitting en banc.

PER CURIAM:

The order of the District Court is affirmed as an appropriate interim decree. The School Board is at liberty to propose at any time a revised plan for desegregation, and the District Court is fully empowered to deal with it in accordance with this court's earlier opinion. Jeffers v. Whitley, 309 F.2d 621 (1962).

See also D.C., 210 F.Supp. 839, rev. 4 Cir., 309 F.2d 630.

Affirmed.